UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  <br>        :  <br>Plaintiff,   :  <br>        :  <br>-vs-     :  <br>        :  <br>JEFFREY LEWIS   :  <br>        :  <br>Defendant(s),   :  <br>        :  | Criminal No.: 11-*102*- JLL-01 <br><br><br>**ORDER OF REFERRAL** |

The defendant, JEFFREY LEWIS, permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Esther Salas to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated:   February 17, 2011

_____
Jose L. Linares,
United States District Judge

CONSENTED TO:

_____
Jeffrey Lewis, Defendant (signature)

_____
Lorraine Gauli-Rufo, AFPD
Attorney for Defendant