UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: Crim.No. 11-102 (JLL)
:
v. :
: CONSENT ORDER
JEFFREY LEWIS :

This matter having come before the Court on the application of defendant Jeffrey Lewis, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order staying Mr. Lewis's surrender date to the Federal Bureau of Prisons for one month, until September 29, 2011, and Joseph Mack, Esq., AUSA, having no objection to the request for the purpose of seeking a designation to prison closer Mr. Lewis' home, but objects to the stay for the purpose of seeking a designation to a half-way house rather than a prison, and Pretrial Services, Vincent Imbrosciano, taking no position on the request,

IT IS on this 22nd day of Aug. 2011,

ORDERED that Jeffrey Lewis' surrender date to the Federal Bureau of Prisons, which is currently set for August 29, 2011, is hereby stayed until September 29, 2011. All conditions of bail set in this matter to remain in full force and effect.

_____
8/21/11
HONORABLE JOSE L. LINARES
United States District Court Judge