UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Crim. No. 11-102 |
| | : | |
| JEFFREY LEWIS | : | ORDER |

This matter having come before the Court on the application of Defendant JEFFREY

LEWIS (Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing) for an Order staying

the Defendant's surrender date to the Bureau of Prisons until November 2011; and one such

adjournment having already been granted by Order of this Court dated August 21, 2011; and Paul

J. Fishman, United States Attorney for the District of New Jersey (Joseph Mack, Assistant U.S.

Attorney, appearing) opposing the instant request for further adjournment; and there being no good

and sufficient cause shown for granting such further adjournment,

It is on this _27th_ day of September 2011,

ORDERED that the Defendant shall report to the Federal Bureau of Prisons as

directed on September 29, 2011.

_____

HON. JOSE L. LINARES
United States District Judge